## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **SAMUEL LEWIS TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:12-cv-614 CAS** |
| | ) | |
| **GWENN BOTKIN, n/k/a MARLOW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR NEW TRIAL OR, IN THE ALTERNATIVE, TO AMEND JUDGMENT

Defendant Gwenn Botkin, n/k/a Marlow, files her motion for new trial or, in the alternative, to amend the judgment entered by this court [Doc. #103]. Defendant states that she should have been permitted to introduce evidence regarding Plaintiff's prior convictions and/or she should have been permitted to introduce evidence regarding Plaintiff's conduct violations while in prison. In the alternative, Defendant states that the damages assessed are not supported by the evidence presented at trial and should be reduced.

WHEREFORE, pursuant to this motion and the suggestions in support filed contemporaneously herewith, Defendant requests that this Court enter an order pursuant to Fed.R.Civ.P. 50(a)(1)(A) and/or 59(e) amending the judgment to reflect that the damages are not supported by the evidence and are reduced to $1.00.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Katherine S. Walsh*
Katherine S. Walsh, MO37255
Elad Gross, MO67125
Assistant Attorneys General
Old Post Office Building
P.O. Box 861
St. Louis, MO 63188
Tel:   (314) 340-7861
Fax:  (314) 340-7029
katherine.walsh@ago.mo.gov
elad.gross@ago.mo.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on the 23rd day of December, 2015 to be served by operation of the Court's electronic filing system on the following:

Stephen G. Strauss
Thor T. Mathison
Helen Looney
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis MO 63102
Tel:   (314) 259-2000
Fax:  (314) 259-2020
sgstrauss@bryancave.com

*/s/ Katherine S. Walsh*

2